IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAKENDALL SMITH,

        Petitioner,                      No. 2:13-cv-1202 KJN P

    vs.

E. VALENZUELA, Warden,

        Respondent.                 ORDER

_____/

       Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1] Petitioner challenges the Governor's decision to reverse petitioner's grant of parole by the California Board of Parole Hearings. Consequently, the instant petition is one for review of the execution of a sentence imposed by a California state court. See Rosas v. Nielsen, 428 F.3d 1229, 1232 (9th Cir. 2005) (denial of parole is "a decision 'regarding the execution' of" a prison sentence.) As a general rule, "[t]he proper forum to challenge the execution of a sentence is the district where the prisoner is confined." Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989). Petitioner is incarcerated at the California Men's Colony in San Luis Obispo, County of San Luis Obispo, which lies in the Central District of California. See 28

---

[1] Petitioner did not pay the filing fee or file an application to proceed in forma pauperis.

1

1  U.S.C. § 84(a).

2      Pursuant to 28 U.S.C. § 2241(d), courts in both the district of conviction and the district
3  of confinement have concurrent jurisdiction over applications for habeas corpus filed by state
4  prisoners.  While petitioner was convicted in this district, for the reasons set forth <u>supra</u>, the
5  proper forum for the instant challenge is in the district of confinement.  In the interest of justice,
6  this court may transfer this action "to any other district where it might have been brought."  28
7  U.S.C. § 1404(a).  Therefore, in the interest of justice, this action will be transferred to the
8  United States District Court for the Central District of California.

9      Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is
10  transferred to the United States District Court for the Central District of California.  28 U.S.C.
11  § 2241(d); 28 U.S.C. § 1406(a).

12  DATED:  June 21, 2013

14  _____
    KENDALL J. NEWMAN
15  UNITED STATES MAGISTRATE JUDGE

16  smit1202.108a

2